Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING**, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>**STRESS FREE FUNDS, LLC and DOES 1 through 10 inclusive and each of them,**<br>            Defendant. | Case No. 3:20-cv-05560-CRB<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

    NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Classes alleged in the complaints, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

///

Respectfully submitted this 4th Day of May, 2021,

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: s/

Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: May 4, 2021   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on May 4, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on May 4, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/ Todd M. Friedman</u>
Todd M. Friedman