# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING** Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **STRESS FREE FUNDS, LLC and DOES 1 through 10 inclusive and each of them** <br><br> Defendant | Case No. 3:20-cv-05560-CRB <br><br> ~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Classes alleged in the complaints, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this   May 4, 2021

_____
Honorable Judge of the District Court